34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 20-1414   DIV. "B"

JUDY WILLIAMS

versus

WALMART, INC., WAL-MART LOUISIANA, LLC, and JOHN DOE

FILED BY: _____   _____
DEPUTY CLERK OF COURT
ST. BERNARD PARISH

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes, plaintiff, Judy Williams, an individual of age, domiciled in the Parish of St. Bernard, State of Louisiana, who represents as follows:

1.

Defendants made herein are:

a. Walmart, Inc., a Delaware corporation, licensed to do and conducting business in the State of Louisiana and subject to the jurisdiction of this Court; and

b. Wal-Mart Louisiana, LLC, a Delaware limited liability company, licensed to do and conducting business in the State of Louisiana and subject to the jurisdiction of this Court; and

c. John Doe, a person to be more fully identified later, who is believed to be a person of the full age of majority and resident of the State of Louisiana, who at all times relevant herein was acting within the course and scope of his/her employment with, was performing services for the benefit of, and/or was under the supervision, control, and/or direction of Walmart, Inc.

2.

Venue is proper within St. Bernard Parish pursuant to Louisiana Code of Civil Procedure article 74.

3.

On or about December 10, 2019, plaintiff was visiting Walmart Store 909 ("the Store") located at 8101 W. Judge Perez Dr., Chalmette, LA 70043.

4.

As plaintiff was entering the store, she slipped/tripped on a rug that was unreasonably protruding in a walkway near the entrance due to inclement weather outside.

**EXHIBIT A**

5.

At all times material hereto, Wal-Mart Louisiana, LLC owned and Wal-Mart, Inc. operated the Store.

6.

Defendant, John Doe, placed the rug near the entrance due to inclement weather outside causing the floor to become slippery. Plaintiff was never made aware of the dangerous condition, and despite her best efforts and exercising due caution, she could not prevent her fall.

7.

As a result of the accident, plaintiff sustained serious injuries and was transported to the emergency room by ambulance.

8.

Defendants (including its directors, officers, agents, servants, and employees, all acting within the scope of their employment) conduct, actions, and/or inactions directly caused, proximately caused, and/or were a substantial factor in causing plaintiff's accident and her resulting injuries and damages.

9.

Defendants had actual and/or constructive notices and knew or reasonably should have known of the dangerous condition(s) of its floor and the unreasonable risk of harm it posed to its customers, including plaintiff.

10.

Defendants, as owner, operator, and manager/employee of a store open to the public, owed plaintiff, a customer, a duty of care to:

   a. Exercise reasonable care for Plaintiff's safety on the premises;
   b. Keep the premises in a reasonably safe condition;
   c. Ensure that Plaintiff was not exposed to unreasonable risks of injury or harm; and
   d. Discover any unreasonably dangerous conditions and either correct the conditions and/or adequately warn Plaintiff of the conditions.

11.

Defendants breached their duty of care owed to Plaintiff in one or more of the following ways:

   a. Creating the dangerous condition of its premises;

    b. Failing to correct the dangerous condition of its premises;

    c. Failing to adequately warn guests of the dangerous condition of its premises;

    d. Failing to use ordinary care in inspecting its premises;

    e. Failing to reduce or eliminate an unreasonably dangerous condition;

    f. Failing to inspect the premises to discover dangerous conditions;

    g. Failing to train its personnel on the proper method of maintaining its premises, aisles, and/or walkways;

    h. Failing to cure, correct, alleviate, remove, and/or repair timely all dangerous and unsafe conditions; and

    i. Failing to act as a reasonably prudent person would under the same or similar circumstances; and

    j. Other breaches to be shown at trial

12.

The foregoing breaches of duty directly and proximately caused serious and debilitating injuries to Plaintiff including:

    a. Injuries to plaintiff's neck;

    b. Injuries to plaintiff's back;

    c. Injuries to plaintiff's arm;

    d. Injuries to plaintiff's elbow;

    e. Injuries to plaintiff's side;

    f. Injuries to plaintiff's leg;

    g. Injuries to plaintiff's knee;

    h. Injuries to plaintiff's chest;

    i. Injuries to plaintiff's head; and

    j. Other injuries to be shown at trial.

13.

Further, defendants' actions and inactions, as detailed above caused plaintiff

    a. Past, present, and future pain and suffering;

    b. Past, present, and future mental anguish;

    c. Past and future medical bills; and

    d. Past, present, and future physical impairment.

14.

Plaintiff is entitled to and hereby requests a trial by jury.

**WHEREFORE**, plaintiff, Judy Williams, prays that defendants, Walmart, Inc., Wal-Mart Louisiana, LLC, and John Doe be duly cited and served with a copy of this Petition for Damages, and after due proceedings are had, there be a judgment rendered in favor of plaintiff and against defendants, for an amount to be determined by this Court; together with legal interest; and any and all other equitable relief that this Court deems just.

RESPECTFULLY SUBMITTED:

FAVRET CARRIERE CRONVICH, LLC

PAUL L. CARRIERE, #33763
AUSTIN J. HIGHT, #37723
650 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: (504) 383-8978
Facsimile: (866) 471-1471
pcarriere@favretlawfirm.com
austin@favretlawfirm.com

**PLEASE HOLD SERVICE:**

Walmart, Inc.
Through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

-and-

Wal-Mart Louisiana, LLC
Through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

-and-

**PLEASE HOLD SERVICE:**

John Doe

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

By_____
DEPUTY CLERK
Emily A. Carlin